**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DENISON UNIVERSITY, *et al.*, | Case No.: 2:21-cv-01010 |
| Plaintiffs, | Judge: Michael H. Watson |
| v. | |
| CERTAIN UNDERWRITERS, *et al.*, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Denison University, Kenyon College, Ohio Wesleyan University, and The College of Wooster file this notice of voluntary dismissal **without** prejudice.

Date: May 17, 2021

Respectfully submitted,

   /s/ Erik J. Clark
Shawn J. Organ (0042052)
Erik J. Clark (0078732)*
      **Trial Attorney*
**Organ Law LLP**
1330 Dublin Road
Columbus, Ohio   43215
614.481.0900
614.481.0904 (f)
sjorgan@organlegal.com
ejclark@organlegal.com

Joseph D. Jean (*Pro Hac Vice*)
Alexander D. Hardiman (*Pro Hac Vice*)
Janine M. Stanisz (*Pro Hac Vice*)
Arthur H. Aizley (*Pro Hac Vice*)
PILLSBURY WINTHROP SHAW
PITTMAN LLP

31 West 52nd Street
New York, New York 10019
Tel: (212) 858-1000
Fax: (212) 858-1500
joseph.jean@pillsburylaw.com
alexander.hardiman@pillsburylaw.com
janine.stanisz@pillsburylaw.com
arthur.aizley@pillsburylaw.com

Peter M. Gillon (*Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006
Tel: (202) 663-8000
Fax: (202) 663-8007
Peter.gillon@pillsburylaw.com

*Attorneys for Plaintiffs Denison University, Kenyon College, Ohio Wesleyan University, and The College of Wooster*

## **CERTIFICATE OF SERVICE**

I certify that on the 17th day of May 2021, the foregoing Notice of Voluntary Dismissal Without Prejudice was filed with the Clerk of Court by operation of the Court's CM/ECF system, which will send electronic notice to the following attorneys of record:

Richard M. Garner
Sunny L Horacek
Collins Roche Utley & Garner LLC
655 Metro Place South, Suite 200
Columbus, Ohio 432017
614.901.9600
614.901.2723 (f)
*Counsel for Defendant Ace American Insurance Company*

                                                /s/ *Erik J. Clark*
                                                *One of the attorneys for Plaintiffs Denison University, Kenyon College, Ohio Wesleyan University, and The College of Wooster*